of a violation of subdivision 4 of section 11 of the Vehicle and Traffic Law (operating an unregistered motor vehicle on the public highway), unanimously affirmed. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

The People of the State of New York, Respondent, v. Charles Schacht, Appellant.— Defendant appeals from a judgment of the County Court of Kings County, convicting him of the crimes of conspiracy, filing a false and fraudulent claim on a contract of insurance, and attempted grand larceny in the first degree. Judgment unanimously affirmed. No exceptions were taken to the alleged errors in the charge of the court, and such errors, if any, did not affect the substantial rights of the defendant. (Code Crim. Proc. § 542.) Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

The People of the State of New York, Respondent, v. Murray Shapiro, Appellant.— Defendant appeals from a judgment of the County Court of Kings County, convicting him of the crimes of conspiracy, filing a false and fraudulent claim on a contract of insurance, and attempted grand larceny in the first degree. Judgment unanimously affirmed. No exceptions were taken to the alleged errors in the charge of the court, and such errors, if any, did not affect the substantial rights of the defendant. (Code Crim. Proc. § 542.) Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

Rector, Churchwardens and Vestrymen of the Church of the Nativity, an Incorporated Protestant Episcopal Church, and Thomas L. Settle, as Rector, George Weiderman, Jr., and J. Theus Munds, Jr., as Churchwardens, and Frank R. G. Rowe and Others, as Vestrymen Thereof, Constituting the Trustees of Said Corporation, Appellants, v. Carrie O. Fleming, as Surviving Executor, etc., of Andrew Fleming, Deceased, Respondent, and James V. Mangano, as Sheriff of the County of Kings, Defendant.— Plaintiffs appeal from an order dismissing their complaint on the ground of insufficiency and from the judgment entered thereon. Order and judgment unanimously affirmed, with ten dollars costs and disbursements to the respondent. In this action for a declaratory judgment the plaintiff church seeks to enjoin the defendants from levying execution on its real property on a money judgment, and other relief. No statutory provision is contained in the law expressly exempting church property from sale under execution, and the safeguards provided by the Legislature against voluntary sale, mortgage or lease of real property of a religious corporation do not exempt such property from sale by operation of law. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ. [174 Misc. 473.]

Santa Rizzi, an Infant, by George Calabrano, Her Guardian ad Litem, and John Rizzi, Respondents, v. Meyer L. Kensky, etc., Defendant, and Frank A. Palmer, Individually, Appellant, and as Executor and Trustee under the Last Will and Testament of Abraham Levy, Deceased, Defendant.— Consolidated action to recover damages for personal injuries sustained by the infant plaintiff as the result of claimed negligence on the part of the defendant-appellant in that he permitted the building of an open fire and left it unattended in the rear of premises which he owned, as trustee, and by her father for medical expenses and loss of services. Judgment, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.